PROB 12B
(7/93)

Report Date: August 8, 2008

# United States District Court

### for the

### Eastern District of Washington

AUG 1 4 2008

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rudolph Salvador Pyne          Case Number: CR-08-124-LRS

Name of Sentencing Judicial Officer:

Date of Original Sentence: 11/15/2004            Type of Supervision: Supervised Release

Original Offense: Aiding & Abetting Armed Bank   Date Supervision Commenced: 07/27/2007
Robber, in violation of 18 U.S.C. 2113(a)(d) & 2(a)

Original Sentence: Prison - 51 Months;           Date Supervision Expires: 07/26/2010
TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

4   You shall abstain from the use of illegal controlled substances, and shall submit to testing as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

5   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

6   You shall reside in a residential reentry center (RRC) for a period up to 180 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On July 10, 2008, the offender reported to the U.S. Probation Office. He signed the "Eastern District of Washington U.S. Probation and Pretrial Services Admission of Drug Use" form and admitted to drinking Bud Light beer on June 17, 2008, and again on July 5, 2008. This officer observed through unannounced home visits that the offender is residing in an apartment complex with other convicted felons, as well as other tenants drinking alcohol in public on the premises. The offender understands the rationale behind these added conditions and agrees to abide by them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8-8-08

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/14/08
Date