PROB 12B
(7/93)

Report Date: February 11, 2009

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

FEB 2 7 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
~~with Consent of the Offender~~
~~(Probation Form 49, Waiver of Hearing is Attached)~~

Name of Offender: Rudolph Salvador Pyne                Case Number: 2:08CR00124-001

Name of Sentencing Judicial Officer: The Honorable Unassigned Judge

Date of Original Sentence: 11/15/2004                  Type of Supervision: Supervised Release

Original Offense: Aiding & Abetting Armed Bank         Date Supervision Commenced: 07/27/2007
Robbery, 18 U.S.C. § 2113(a)(d) & 2(a)

Original Sentence: Prison - 51 Months;                 Date Supervision Expires: 07/26/2010
TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows by removing special condition number 6 listed below:

6    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On August 28, 2008, the Court placed Mr. Pyne at Bureau of Prisons (BOP), residential reentry center (RCC), located at Geiger Corrections Center in Spokane, Washington, as a public law placement. This action was taken in response to the offender drinking alcohol in June and July 2008. Mr. Pyne was also living in an apartment complex at that time with other convicted felons that were drinking in public on the premises.

Since that time, the offender has done extremely well while housed at Geiger. He has done exceptionally well in chemical dependency treatment at New Horizon in Spokane. Mr. Pyne has secured employment at the Steam Plant Grill as a dishwasher and has also obtained appropriate housing in northeast Spokane that this officer approved of on February 10, 2009.

The offender is scheduled to complete 6 months at the RCC on February 17, 2009. As a result, this officer would respectfully recommend that this special condition be removed in order for Mr. Pyne to be released from Geiger on February 17, 2009.

Prob 12B
**Re: Pyne, Rudolph Salvador**
**February 11, 2009**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2-11-09

*[signature]*

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*

Signature of Judicial Officer

2/27/09

Date